| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer Bartolome** | Social Security number or ITIN   xxx–xx–1242 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **14–05892** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jennifer Bartolome

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 9, 2018

**For the court:**   Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 14-05892-LAH
Jennifer Bartolome                                              Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0752-1         User: dwilliams              Page 1 of 2              Date Rcvd: Jul 09, 2018
                             Form ID: 3180W               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db            +Jennifer Bartolome,    6543 West 34th Street,    Berwyn, IL 60402-3741
21557851      +Amex Dsnb,    Po Box 8218,    Mason, OH 45040-8218
21574664      +Bank of America, NA,    Green Tree Servicing LLC,    7340 S. Kyrene Rd T-120,
                Recovery Dept T120,    Tempe, AZ 85283-4573
21580423      +Bank of America/Countrywide Deficiency,    Flow (Charged-off) Conversion POA,
                Green Tree Servicing LLC,    7340 S. Kyrene Rd, Recovery Dept T120,    Tempe, AZ 85283-4573
21645617      +Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60696-0001
21557853      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
21645618      +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
21674873      +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
21645668      +Ditech Financial LLC,    2100 East Elliot Rd.,    Bldg. 94, Dept. T-120,    Tempe, AZ 85284-1806
21557855      +Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309-2468
21557856      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21645664      +Fisher and Shapiro, LLC,    2121 Waukegan Road, Suite 301,    Deerfield, IL 60015-1831
21645725      +Ira T. Nevel,    175 N. Franklin,   #201,    Chicago, IL 60606-1847
26167737      +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                6782 S. Potomac Street, Suite 100,    Centennial, CO 80112-4585
21645735      +Jassy Gabriel,    6543 West 34th Street,    Berwyn, IL 60402-3741
21557859      +Kozeny & McCubbin Illinois,    105 W. Adams #1800,    Chicago, IL 60603-6235
21557860      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                Oklahoma City, OK 73126-0648
21645736      +Nilda Lilisa,    2756 W Greenleaf,    Chicago, IL 60645-3014
21645729      +Ocwen Loan,    1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
21645732      +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
21874842       OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
21645733      +Pierce & Associates,    1 North Dearborn,    Ste 1300,    Chicago, IL 60602-4373
21557862      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21645593      +EDI: BECKLEE.COM Jul 10 2018 06:53:00     American Express,   c/o Becket & Lee,   P.O. Box 3001,
                Malvern, PA 19355-0701
21645586      +EDI: BANKAMER2.COM Jul 10 2018 06:53:00     Bank Of America, N.A. *,   401 N. Tryon Street,
                NC1-021-02-20,    Charlotte, NC 28255-0001
21557852      +EDI: BANKAMER.COM Jul 10 2018 06:53:00     Bank of America,
                Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,   Simi Valley, CA 93062-5170
22056400      +EDI: BANKAMER.COM Jul 10 2018 06:53:00     Bank of America, N.A.,   Mail Stop TX2-982-03-03,
                7105 Corporate Drive,    Plano, Texas 75024-4100
21645594      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 10 2018 05:41:43
                Bayview Financial Loan,    Bankruptcy Dept,   4425 Ponce De Leon Blvd 5th Floor,
                Miami, FL 33146-1873
21645662      +EDI: WFNNB.COM Jul 10 2018 06:53:00     Comenity Bank,   PO Box 182789,
                Columbus, OH 43218-2789
21645619      +EDI: WFNNB.COM Jul 10 2018 06:53:00     Comenity Bank,   220 W. Schrock Road,
                Westerville, OH 43081-2873
21557854      +EDI: WFNNB.COM Jul 10 2018 06:53:00     Comenity Bank/carsons,   3100 Easton Square Pl,
                Columbus, OH 43219-6232
21557857      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 10 2018 05:40:30     Green Tree,   Po Box 6172,
                Rapid City, SD 57709-6172
21645670      +EDI: HFC.COM Jul 10 2018 06:53:00     HSBC Bank,   P.O Box 5253,   Carol Stream, IL 60197-5253
21645704      +EDI: HFC.COM Jul 10 2018 06:53:00     HSBC Mortgage Services,   P.O. Box 9068,
                Brandon, FL 33509-9068
21645669      +EDI: HFC.COM Jul 10 2018 06:53:00     Hsbc Mortgage Services*,   636 Grand Regency Boulevard,
                Brandon, FL 33510-3942
21645705      +E-mail/Text: EBN_Notifications@OWB.com Jul 10 2018 05:40:53
                IndyMac Bank Home Loan Servicing,    888 E. Walnut Street,   Pasadena, CA 91101-1895
21557858      +E-mail/Text: EBN_Notifications@OWB.com Jul 10 2018 05:40:53     IndyMac Bank/OneWest Bank,
                Attn:Bankruptcy Department,    2900 Esperanza Crossing,   Austin, TX 78758-3658
21645706      +E-mail/Text: EBN_Notifications@OWB.com Jul 10 2018 05:40:53     Indymac Mortgage Services,
                PO Box 78826,    Phoenix, AZ 85062-8826
21645587      +EDI: CHASE.COM Jul 10 2018 06:53:00     JPMorgan Chase,   270 Park Avenue,
                New York, NY 10017-2014
21645663      +EDI: CBSKOHLS.COM Jul 10 2018 06:53:00     Kohl's Credit *,   N56 W17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-7096
21841398       EDI: Q3G.COM Jul 10 2018 06:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
21843362       E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2018 05:41:24
                Real Time Resolutions, Inc.,    1349 Empire Central Dr., Ste #150,   P.O. Box 36655,
                Dallas, TX 75247
21645592       E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2018 05:41:24
                Real Time Resolutions, Inc.,    PO Box 36655,   Dallas, TX 75235
21645588      +E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2018 05:41:24     Real Time Resolutions,
                1349 Empire Central Drive, Suite 150,    Dallas, TX 75247-4029
```

```
District/off: 0752-1          User: dwilliams           Page 2 of 2             Date Rcvd: Jul 09, 2018
                              Form ID: 3180W            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
21660786      +E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2018 05:41:24
               Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,   Dallas, Tx 75247-4029
24858039       E-mail/Text: bkdepartment@rtresolutions.com Jul 10 2018 05:41:24
               Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21645671       HSBC Bank Nevada, N.A.,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream
21557861       Real Time Resolutions
21645727*     +JPMorgan Chase,   270 Park Avenue,   New York, NY 10017-2014
26662890*      Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
21645728     ##+Colorado Federal Savings,   8400 El Prentice Avenue, Suite 545,   Englewood, CO 80111-2917
21645731     ##+Ocwen Loan Servicing,   P.O. Box 6440,   Carol Stream, IL 60197-6440
21645724     ##+One West Bank, FSB, Sucessor to,   IndyMac Bank -,   Terry Laughlin,President,
               888 E. Walnut Street,   Pasadena, CA 91101-1895
                                                                                     TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:

```
          Charles L. Magerski    on behalf of Debtor 1 Jennifer   Bartolome Cmagerski@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
           m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Jill  Sidorowicz    on behalf of Creditor   Bank of America, N.A. jsidorowicz@wmlegal.com,
           ndil@wmlegal.com
          Joseph S Davidson    on behalf of Debtor 1 Jennifer   Bartolome jdavidson@sulaimanlaw.com,
           courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@g
           mail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com
          Kathryn A Klein    on behalf of Creditor   Bank of America, N.A. iln@riezmanberger.com
          Marilyn O Marshall    courtdocs@chi13.com
          Orlando  Velazquez    on behalf of Debtor 1 Jennifer   Bartolome orlando@velazquezconsumerlaw.com,
           velazquezor69260@notify.bestcase.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                TOTAL: 7
```